UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Edelis Samuel

Case No.: 26-16125-CLC
Chapter 13

Debtor(s) /

**CERTIFICATE OF SERVICE**

I certify that on October 2, 2026, a true and correct copy of the **Notice of Continued Confirmation Hearing** was served electronically on the following parties:

Electronically: Nancy K. Neidich, Trustee

I further certify that on October 2, 2026 I served a copy of the foregoing document(s) by U.S. mail on the following parties:

First Class Mail:

Debtor(s), Edelis Samuel
665 E 29th St
Hialeah, FL 33013

All Creditors on the Matrix

Respectfully submitted:
October 2, 2026

**Jose A. Blanco, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com